10 A.3d 227

IN THE MATTER OF DONALD W. BEDELL, JR., AN ATTORNEY
AT LAW (ATTORNEY NO. 049701991).

January 20, 2011.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 10–152, concluding that **DONALD W. BEDELL, JR.,** of **BRICKTOWN,** who was admitted to the bar of this State in 1991, should be reprimanded for violating *RPC* 1.4(b) (failure to keep a client reasonably informed about the status of a matter), *RPC* 1.4(c) (failure to explain a matter to the extent reasonably necessary to permit the client to make informed decisions regarding the representation), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation),

And good cause appearing;

It is ORDERED that **DONALD W. BEDELL, JR.,** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.